AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRIAN SUMMERSON | ) | Case No.   21-cr-20005-JTF/tmp |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 28, 2020_____ in the county of _____Shelby_____ in the _____Western_____ District of _____Tennessee_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201 | Kidnapping |
| 18 U.S.C. § 875(a) | Transmit through interstate/foreign commerce ransom demand person |

This criminal complaint is based on these facts:

See Affidavit of FBI SA Charles Irvin, attached hereto and incorporated by reference as it set forth fully herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Charles Irvin, FBI Special Agent
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   January 15, 2021

s/Tu M. Pham
_____
*Judge's signature*

City and state:   Memphis, Tennessee

Tu M. Pham, Chief U.S. Magistrate Judge
*Printed name and title*