# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) FILED UNDER SEAL |
| | ) |
| Plaintiff, | ) Cr. No. 21-cr-20005-JTF |
| vs. | ) |
| | ) |
| BRIAN SUMMERSON, | ) |
| | ) |
| Defendant. | ) |

**APPLICATION, ORDER, and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

The United States Attorney's Office applies to the Court for a Writ to have **BRIAN SUMMERSON, Booking No.: 1079086,** now being detained in the Volusia County Corrections, Daytona Beach, Florida, appear before the Honorable Tu M. Pham, on February 23, 2021 at 2:00 p.m. for an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 27th day of January, 2021.

*s/Dean DeCandia*
DEAN DECANDIA
Assistant U. S. Attorney

-------------------------------------------------------------------------------

Upon CONSIDERATION OF THE FOREGOING Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARDEN OF VOLUSIA COUNTY CORRECTIONS, DAYTONA BEACH, FL.

YOU ARE HEREBY COMMANDED to have **BRIAN SUMMERSON, Booking No.: 1079086** appear before the Honorable Tu M. Pham on the date and time aforementioned.

ENTERED this 27th day of January, 2021.

s/ Annie T. Christoff

HONORABLE ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE