# CONFIDENTIAL

## *NOT TO BE DISCLOSED TO AGENTS OR OTHER PARTIES*

This report is provided for the purpose of bail determination ONLY and shall otherwise be confidential, pursuant to 18 U.S.C. § 3153(c)(l) and the Confidentiality Regulations (Guide to Judiciary Policy, Vol 8: Probation and Pretrial Services, Pt A: Pretrial Services Investigation and Report, Appx 5A issued by the Director of the Administrative Office of the United States Courts.

Title 18, U.S.C. § 3153(c)(l) restricts the use of Pretrial Services information and reports. Pretrial Services information is "to be used for the purpose of bail determination and shall otherwise be confidential."

Pretrial Services bail reports are not to be made accessible to the public, to agents or to the media, are not to be reproduced and are furnished to counsel for the defendant and for the government exclusively for bail hearings. If for any reason the report is ordered placed into evidence, it should be under seal.

PROPERTY OF:

UNITED STATES PRETRIAL SERVICES
WESTERN DISTRICT OF TENNESSEE
CLIFFORD DAVIS - ODELL HORTON FEDERAL BUILDING
167 NORTH MAIN STREET, ROOM 459
MEMPHIS, TN 38103
PHONE 901-495-1550

The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

## PRETRIAL SERVICES REPORT

| District/Office<br>Middle District Of Florida/Orlando | Charge(s) (Title, Section, and Description)<br>Title 18 U.S.C. § 1201 - Kidnapping<br>Title 18 U.S.C. § 875 - Transmit through interstate foreign commerce ransom demand person |
|---|---|
| Judicial Officer<br>Honorable Thomas B. Smith<br>United States Magistrate Judge | |
| Docket Number (Year – Sequence No. – Def. No.)<br>113A 6:21-01274M-001 | |

## DEFENDANT

| Name<br>Summerson, Brian | Employer/School<br>Summerson Transport, LLC |
|---|---|
| Other Names on Charging Document | |
| Address<br>1408 Sandbar Court<br>Dillon, SC 29536<br>Cellphone not in service | Employer/School Address<br>Dillon, SC |

| At Address Since<br>1996 | Time in Community of Residence<br>Life | Monthly Income<br>$18,000 | Time with Employer/School<br>1 year |
|---|---|---|---|

### INTRODUCTION:

The defendant was interviewed March 26, 2021, at the U. S. Marshal Service, Orlando, Florida.

### DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:

The defendant, age 26, advised he was born on January 19, 1995, in Dillon, South Carolina. He noted being a lifelong resident of Dillion, South Carolina, with the exception of his training with the U. S. Army National Guard. The defendant reported he served in the National Guard from June 6, 2014, until January 26, 2020, when he was Honorably discharged. Mr. Summerson advised he does not have a passport and has never traveled internationally. He informed he does not own any firearms and there are no firearms in his residence. Mr. Summerson also advised, if released by the Court, he would return to the above listed address.

According to the defendant, he has resided at the above listed address for 25 years, with his mother and sister, in a home owned by his mother. Mr. Summerson stated he is single, has never been married and does not have any children. Additionally, he reported this father, with whom he maintains daily contact, resides in Columbia, South Carolina. He noted he has eight siblings, on his father's side, with whom he does not maintain any contact. Mr. Summerson related his siblings reside in Miami, Florida, Columbia, South Carolina, and Philadelphia, Pennsylvania.

Mr. Summerson provided a contact number for his mother, Mary Ellison, for verification purposes; however, attempts to reach his mother were unsuccessful. Pretrial Services left a voicemail message requesting a return call; however a response to the message was not received prior to the preparation of this report.

A check with the Florida Department of Highway Safety and Motor Vehicles revealed no driver license information for this defendant in the State of Florida.

**EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

Mr. Summerson advised that since February 27, 2020, he has been self-employed part time, earning $18,000 per month as owner/operator, at with Summerson Transport, LLC, located in Dillion, South Carolina. The defendant also noted the he plays semi-pro football and earns $5,000 a year. He advised his previous employment history consisted of working for short periods of time in the fast-food industry and retail. Mr. Summerson informed of the following financial assets, liabilities, and monthly expenses.

**Finances:**

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| Vehicle | $12,000.00 | Vehicle | $1,700.00 |
| Vehicle | $7,000.00 | Student Loans | $7,682.00 |
| Vehicle | $3,500.00 | | |
| Vehicle | $6,000.00 | | |
| Stocks | $3,053.00 | | |
| Personal Checking Account | $25.00 | | |
| Personal Savings Account | $100.00 | | |
| Cash | $136.00 | | |
| Land | $12,000.00 | | |
| Total | $43,814 | Total | $9,382 |
| **Estimated Net Worth: $34,432** | | | |

| Monthly Income | Amount | Expenses | Amount |
|---|---|---|---|
| Salary | $18,000.00 | Car Loan Payment | $250.00 |
| | | Student Loan Payment | $200.00 |
| | | Homeowner Insurance | $300.00 |
| | | Health Insurance | $41.00 |
| | | Mortgage | $350.00 |
| Total | $18,000 | Total | $1,141 |
| **Estimated Monthly Cash Flow: $16,859** | | | |

## HEALTH:

### Physical Health:

Mr. Summerson reported he is in good physical health and is not under the care of a physician or taking any medication.

### Mental Health and Substance Abuse:

The defendant reported no history of mental health diagnosis or mental health treatment, substance abuse history, or substance abuse treatment.

## PRIOR RECORD:

A criminal record check conducted through the National Crime Information Center (NCIC), ATLAS and the Comprehensive Case Information System records revealed the following arrest history. The South Carolina Probation office and the Western District of Missouri has been contacted for a collateral record check and the results are provided below.

| Date of Arrest | Agency | Charge | Disposition |
|---|---|---|---|
| 08/08/2017 (Age 22) | Dillon Police Department; SC | 1) Simple Assault and Battery<br>2) Simple Assault and Battery | 8/23/2017: Pay fines and costs. |
| 11/03/2020 (Age 25) | Lafayette County Circuit Court; Lexington, MO; Case No.: 20LFCR00579 | Domestic Assault 2nd Degree | 2/18/2021: Motion to revoke bond<br><br>2/24/2021: Motion granted by Court<br><br>2/26/2021: Pending (FTA warrant issued - $50,000 cash only bond)<br><br>It is extraditable – adjoining states only. |
| 01/11/2021 (Age 25) | Daytona Beach Police Department; FL Case No.: 2021-CF-300158 | 1) False Imprisonment<br>2) Battery<br>3) Intimidate Threaten Victim Witness | Case pending<br><br>CT 1: $50,000 bond<br>CT 2: $10,000 bong<br>CT 3: $ 10,000 bond |

## ASSESSMENT OF NONAPPEARANCE:

The defendant poses a risk of danger for the following reasons:

    1. Pending FTA Warrant

    2. Prior Bond Revocation

## ASSESSMENT OF DANGER:

The defendant poses a risk of danger for the following reasons:

    1. Nature of Alleged Instant Offense

> This recommendation is based upon an interview with the defendant and a bail investigation conducted by Pretrial Services. The Court will take other factors into consideration when determining release or detention, as noted in 18:3142.

## RECOMMENDATION:

Pretrial Services respectfully recommends that defendant be released on an unsecured bond in an amount to be determined by the Court, with the following least restrictive conditions of release:

1) Report to Pretrial Services as directed

| Pretrial Services Officer<br>Sonya Williams<br>U.S. Pretrial Services Officer | Date<br>3/26/2021 | Time |
|---|---|---|
| Reviewed By<br>Patrick Sheridan, Supervisory U.S. Pretrial Services Officer | | |

## UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
PRETRIAL SERVICES OFFICE

401 W. Central Blvd.  
Room 1300  
Orlando, Florida 32801

Phone: (407) 835-3950  
(800) 776-0198  
Fax: (407) 835-3951

# MEMORANDUM

**To:** THE HONORABLE DANIEL C. IRICK  
UNITED STATES MAGISTRATE JUDGE

SONYA WILLIAMS  
UNITED STATES PRETRIAL SERVICES OFFICER

**Re:** BRIAN SUMMERSON  
DETENTION HEARING  
6:21-MJ-01274

**Date:** MARCH 31, 2021

---

The above-referenced defendant is appearing before Your Honor for a Detention Hearing. The defendant initially appeared before U. S. Magistrate Judge Thomas B. Smith on March 26, 2021 for an Initial Appearance. At that time, Pretrial Services was unable to verify the defendant's background and personal information as Pretrial Services was unable to reach the defendant's mother, Mary Ellison.

Following the hearing on March 26, 2021, Ms. Ellison contacted this writer referencing the voicemail this writer left for earlier that day. This writer spoke with Ms. Ellison to verify the defendant's background and personal information.

Ms. Ellison corroborated the personal history information provided by the defendant. She advised she does not believe the defendant poses a risk of nonappearance or danger to the community. Ms. Ellison noted the defendant receives mail at her residence, but he does not live with her. Ms. Ellison stated the defendant resides with his girlfriend (she did not know the address).She advised she would be willing to serve as a third party custodian but is uncertain if she would be willing to co-sign on a bond, if ordered by the Court.

Additionally, Ms. Ellison confirmed the defendant's mental and physical health, the financial information as reported by the defendant and noted the defendant does not consume alcohol or use any illicit substances.